# United States District Court
## Western District of North Carolina
### Charlotte Division

| | | |
|---|---|---|
| Sharon T. Thomas**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:17-cv-00246-FDW-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| The Salvation Army Southern | ) | |
| Territory | | |
| F. Bradford Bailey | | |
| The Salvation Army | | |
| Church In The City Ministries | | |
| Bobby Lancaster | | |
| Cathy LNU | | |
| Deronda Metz | | |
| Barbra Green | | |
| Victory Christian Center, | | |
| Incorporated**,** | | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court  and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 2/202/19 Order.

February 20, 2019

Frank G. Johns, Clerk
United States District Court